IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOWE'S HIW INC., ET AL.,<br><br>　　　　Defendants.　　　　　　　　／ | No. 3:14-cv-02984-CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

　　　　On January 12, 2015, Lisa Washington filed in this Court a motion to proceed <u>in forma paurperis</u> ("IFP") on appeal. Mtn. IFP (dkt. 55). The Ninth Circuit will waive its filing fee when an appellant has obtained IFP status from the district court. <u>See</u> 9th Cir. R. 3-1; Fed. R. App. P. 24(a). A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. <u>See</u> 28 U.S.C. § 1915(a).

　　　　Washington has submitted a declaration and affidavit that show to this Court's satisfaction an inability to pay or give security for fees and costs, claim an entitlement to redress, and state the issues on appeal. <u>See</u> Fed. R. App. P. 24(a); 28 U.S.C. § 1915(a). Accordingly, the motion to proceed IFP on appeal is hereby GRANTED.

　　　　**IT IS SO ORDERED.**

//

Dated: January 20, 2015



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California