UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WASHINGTON, | |
|     Plaintiff, | No. C-14-02984 (EDL) |
|     v. | NOTICE OF CONTINUANCE <u>OF MOTION HEARING</u> |
| LOWE'S HIW INC., et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on Defendant Lowe's Home Centers, LLC's motion to compel (dkt. #70) is continued to March 17, 2015 at 1:30 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: February 12, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge